UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LINDSEY SCOTT FRISK, JR,

    Plaintiff,

v.                                      Case No. 3:22cv1718-LC-HTC

ESCAMBIA COUNTY CORRECTIONS DEPARTMENT,

    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on March 2, 2022 (ECF No. 7). The court attempted to furnish Plaintiff a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail has been returned as undeliverable. No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

2. The case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute, failure to comply with Court orders, and failure to keep the Court apprised of his address.

3. The clerk of court is directed to close this case file.

**DONE AND ORDERED** this 1st day of April 2022.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv1718-LC-HTC